PEOPLE *v.* PINEIRO. Appeal from Recorder's Court of Detroit, Joseph E. Maher, J. Submitted Division 1 September 28, 1971, at Lansing. (Docket No. 11248.) Decided October 29, 1971.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Angelo A. Pentolino*, Assistant Prosecuting Attorney, for the people.

*M. Hector Cisneros*, for defendant on appeal.

Before: QUINN, P. J., and McGREGOR and BRONSON, JJ.

MEMORANDUM OPINION. The defendant appeals from his conviction of manslaughter and sentence of 7–1/2 to 15 years in prison, MCLA § 750.321 (Stat Ann 1954 Rev § 28.553).

An examination of the record shows evidence sufficient to support the verdict.

The motion to affirm is granted.